COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-295-CV

LLOYD MARK SUTTON APPELLANT

(A/K/A MARK SUTTON) AND APPELLEE

V.

LLOYD P. SUTTON, DANIEL C. SUTTON, APPELLEES

PAULA L. WHITE, AND BOB DAY AND APPELLANTS

----------

FROM COUNTY 
COURT AT LAW NO. 2 OF WICHITA COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the parties’ “Motion To Dismiss Appeal With Prejudice.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM

PANEL D: CAYCE, C.J.; WALKER and MCCOY, JJ.

DELIVERED:  January 26, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.